City of Chicago v. Simonetti, 203 Ill. App. 279.

## City of Chicago, Defendant in Error, v. Emma Simonetti, Plaintiff in Error.

### Gen. No. 22,600.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed January 22, 1917.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff, against Emma Simonetti, defendant, for keeping and maintaining a disorderly house in violation of an ordinance of the City of Chicago. From a judgment upon a verdict of guilty and fine of one hundred dollars, defendant brings error.

William L. Martin, for plaintiff in error.

Samuel A. Ettelson and Harry B. Miller, for defendant in error; Daniel Webster, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

City of Chicago v. Simonetti, 203 Ill. App. 279.

## Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 27*—*how action of trial court in refusing change of venue should be preserved for review.* Under section 23 of the Municipal Court Act (J. & A. ¶ 3335), in order to secure a review of the trial court's action in refusing a change of venue, the plaintiff in error should make a correct statement of such action, as required by the statute, and not present it by a bill of exceptions, for which the statute makes no provision in such matter.

2. VENUE, § 34*—*when error in refusing motion for change of is waived.* Participating in the trial of a case after refusal of a motion for a change of venue waives any error of the court in such refusal.

3. ATTORNEY AND CLIENT, § 11*—*when attorney may not take acknowledgment.* An affidavit for a change of venue sworn to before an attorney in the case should not be received or considered.

4. MUNICIPAL CORPORATIONS, § 867*—*when presumed that findings of trial court are correct.* In the absence from the record of a municipal ordinance upon which a prosecution is based, and of which the court cannot take judicial notice, the findings of the trial court will be presumed correct.

5. APPEAL AND ERROR, § 966*—*binding effect of record.* The Appellate Court is bound by the record as to the proceedings before the trial court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.